```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 06 B 10398
     PAUL SCIAMANDA
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

             Debtor
     SSN XXX-XX-9780


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/23/2006 and was confirmed 10/23/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 08/18/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
BANK ONE                   SECURED NOT I         .00          .00            .00
B-LINE LLC                 UNSECURED         10680.05         .00         671.04
CAVALRY PORTFOLIO SERVIC   UNSECURED          7903.44         .00         496.58
DCSE                       PRIORITY              .00          .00            .00
HSBC BANK NEVADA/HSBC CA   UNSECURED           480.36         .00          16.85
MARY SCIAMANDA             NOTICE ONLY    NOT FILED           .00            .00
PROVIDIAN                  UNSECURED      NOT FILED           .00            .00
TRACY STRAUB               NOTICE ONLY    NOT FILED           .00            .00
WFS FINANCIAL              SECURED VEHIC   26600.00       4548.22       12182.13
WFS FINANCIAL              SPECIAL CLASS     253.44           .00         253.44
WFS FINANCIAL              NOTICE ONLY    NOT FILED           .00            .00
ARROW FINANCIAL SERVICES   UNSECURED         4430.45          .00         263.41
PROVIDIAN                  UNSECURED      NOT FILED           .00            .00
TRACY STRAUB               PRIORITY              .00          .00            .00
RESURGENCE FINANCIAL LLC   UNSECURED         14189.17         .00         891.52
LORRAINE GREENBERG & ASS   REIMBURSEMENT      364.00          .00         364.00
LORRAINE GREENBERG & ASS   DEBTOR ATTY       2,200.00                   2,200.00
TOM VAUGHN                 TRUSTEE                                      1,482.81
DEBTOR REFUND              REFUND                                       1,350.00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                24,720.00

PRIORITY                                         364.00
SECURED                                       12,182.13
    INTEREST                                   4,548.22
UNSECURED                                      2,592.84
ADMINISTRATIVE                                 2,200.00
TRUSTEE COMPENSATION                           1,482.81

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 10398 PAUL SCIAMANDA
```

```
DEBTOR REFUND                                                    1,350.00
                                           ---------------   ---------------
TOTALS                                           24,720.00         24,720.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 11/19/08                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```